AGNES DOLAN, PLAINTIFF-RESPONDENT, v. MORRIS CHESLER, ADMINISTRATOR OF THE ESTATE OF LOUIS CHESLER, DECEASED, DEFENDANT-PETITIONER.

See same case below: *5 N. J. Super.* 313.

*Mr. Ezra Nolan* and *Mr. Maurice C. Brigadier* for the petitioner.

*Messrs. Pesin & Pesin* and *Mr. Hiram Elfenbein* for the respondent.

February 6, 1950.   Denied.